IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM B. GOODPASTER,

    Plaintiff,

vs.                                                           CASE NO. 1:08cv100-SPM/AK

BAILEY INDUSTRIES, et al.,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 8) dated August 29, 2008. Plaintiff was furnished a copy and filed an objection (doc. 9). Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted.

As explained to Plaintiff in the Magistrate Judge's order (doc. 5) dated August 8, 2008, claims under 42 U.S.C. § 1983 are available only against defendants who act under color or state law. Plaintiff makes no allegations to show that defendants, Bailey Industries, Inc. and Amerisure Mutual Insurance, acted under color of state law. Accordingly it is

ORDERED AND ADJUDGED:

    1.      The report and recommendation (doc. 8) is adopted and

incorporated by reference in this order.

2. This case is dismissed for failure to state a claim upon which relief may be granted.

DONE AND ORDERED this 23rd day of September, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO. 1:08cv100-SPM/AK